# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 24, 2012

144250

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

BRYAN CHRISTOPHER BROWN,
      Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 144250
COA: 297728
Macomb CC: 2008-003395-FC

On order of the Court, the application for leave to appeal the October 20, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 24, 2012

_____
Clerk

t0716